HARPER WILLIAMS to the use of JOSEPH PEARSALL, *et. al. v.* ZACH. SMITH and IVEY SMITH.

*W. A. Allen,* for the plaintiff.
*Rogers & Batchelor,* for the defendants.

PEARSON, C. J.   The same opinion in this case, as in *Pond* v. *Horne,* at this term.

But as the jury find the usury specially and his Honor

gave judgment for plaintiff, upon that finding, the judgment is set aside, and judgment for defendant that he go without day, and recover his cost.